# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

NATIONAL HOCKEY LEAGUE PLAYERS ASSOCIATION, MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, JEFFERY B. FRANCOEUR, KYLE C. PALMIERI, AND SCOTT WILSON,

            Respondents

        v.

CITY OF PITTSBURGH,

          Petitioner

: No. 53 WAL 2024
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

    (1)    Whether the Commonwealth Court's majority opinion departed from this Court's precedent in Minich v. Sharon, 77 A.2d 347 (Pa. 1951), and incorrectly interpreted the Pennsylvania Uniformity Clause to require exact uniformity in the ultimate destination of the tax revenue among residents and nonresidents, rather than "rough equality" in the overall tax burden.